IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PETER THOMAS and PAMELA OCHS<br><br>    Plaintiffs,<br><br>v.<br><br>HUDSON CITY SAVINGS BANK, FSB<br><br>    Defendant. | CIVIL ACTION NO.<br>1:14-cv-00633-LO-TCB |

## MOTION TO DISMISS

NOW COMES Defendant Hudson City Savings Bank, FSB ("Hudson City Savings Bank" or "Defendant"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby moves this Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted.  In support of this motion, Hudson City Savings Bank refers the Court to the memorandum in support, filed simultaneously herewith.

WHEREFORE, for the reasons stated in the accompanying memorandum of law in support of this motion to dismiss, Defendant respectfully requests that this Court (1) grant the motion to dismiss; (2) dismiss the Complaint with prejudice; (3) award Defendant its attorney's fees and costs incurred in defending this matter; and (4) award any other relief that this Court deems just and proper.

Respectfully submitted, this 18th day of July, 2014.

**HUDSON SAVINGS BANK, FSB**

By Counsel

/s/ N. Patrick Lee
N. Patrick Lee (VSB No. 78735)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Telephone: (703) 712-5132
Facsimile: (703) 712–5252
E-mail: plee@mcguirewoods.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PETER THOMAS and<br>PAMELA OCHS<br><br>    Plaintiffs,<br><br>v.<br><br>HUDSON CITY SAVINGS BANK, FSB<br><br>    Defendant. | CIVIL ACTION NO.<br>1:14-cv-00633-LO-TCB |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to:

Christopher E. Brown, Esq.
Tucker & Associates, PLLC
8521 Leesburg Pike, Suite 200
Vienna, VA 22182
cbrown@tuckerlawpllc.com

*Counsel for Plaintiffs*

/s/ N. Patrick Lee
N. Patrick Lee (VSB No. 78735)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102
Telephone:  (703) 712-5132
Facsimile:  (703) 712–5252
E-mail:  plee@mcguirewoods.com

*Counsel for Defendant*